

# Fourth Court of Appeals
## San Antonio, Texas

April 12, 2019

No. 04-19-00222-CV

**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-1880-CV-A
Honorable Jessica Crawford, Judge Presiding

# O R D E R

      Appellant's unopposed motion for temporary relief and stay is GRANTED. It is ORDERED that appellant file a motion requesting an appropriate disposition of this appeal within sixty (60) days of the date of this order. *See Caballero v. Heart of Texas Pizza, L.L.C.*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.); TEX. R. APP. P. 42.1, 43.2.

All appellate deadlines are suspended pending further order of this court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of April, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court